14407.002-A113

**PETER A. DAVIDSON, SBN 76194**
**MOLDO DAVIDSON FRAIOLI**
**SEROR & SESTANOVICH LLP**
**2029 CENTURY PARK EAST, 21ST FLOOR**
**LOS ANGELES, CALIFORNIA 90067**
**Tel: 310\ 551-3100**
**Fax: 310\ 551-0238**

**Attorneys for Edythe L. Bronston**
**Receiver**

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDYTHE L. BRONSTON, RECEIVER FOR J.W. JAMES & ASSOCIATES; J.W. JAMES BORROWING ENTITY, LLC, et al.,<br><br>  Plaintiff,<br><br>v.<br><br>BERTHA JAMES,<br><br>  Defendant. | CASE NO.: CV-07-05408-FMC (FFMx)<br><br>**JUDGMENT**<br><br>DATE:  March 10, 2008<br>TIME:  10:00 a.m.<br>CTRM.:  750 |

The Motion of Edythe L. Bronston, Receiver for J.W. James & Associates and related entities, for Summary Judgment on the Receiver's First Claim for Relief, or in the alternative, Summary Adjudication of Issues, came on for hearing, having been duly noticed, on March 10, 2008 at 10:00 a.m. before the Honorable Florence-Marie Cooper, United States District Court Judge. The Court having granted the Receiver's Motion for Summary Judgment,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of Plaintiff, Edythe L. Bronston, Receiver for J.W. James & Associates, et al., and against Defendant, Bertha James, as follows:

70620.1  14407.00002

1          (a)     Defendant, Bertha James, shall pay Plaintiff, Edythe L. Bronston, Receiver for J.W. James & Associates et al., $21,169.00.  Plaintiff is awarded costs of suit.

DATED:  March 10, 2008

_____
The Honorable Florence-Marie Cooper
United States District Court Judge

//

//

//

//

//

//

//